**LIST OF EXHIBITS AND WITNESSES**

| Case No. | Cr 03-430-KI | | Judge Garr M. King |
|---|---|---|---|
| Title | USA<br>v.<br>Jeffrey John Church | | |
| Dates of Hearing/Trial | 11/15/2004 | | |
| Court Reporters | Nancy Walker | | |
| Deputy Clerks | Mary Austad | | |

| Attorney for Govt. / Plaintiff | Attorney for Defendant |
|---|---|
| Gregory Nyhus | Philip Lewis |
| | |
| | |
| | |

## LIST OF TRIAL EXHIBITS

Case No. Cr 03-430-KI                                        Title   USA v. Jeffrey John Church

| Govt/Pltf Exhibit # | Defendant Exhibit # | R | NR | OP | D | W | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 1 | | X | | | | | Evidence recovered from Defendant's residence - 2 video tapes |
| 2 | | X | | | | | Evidence recovered from Defendant's residence - Video tape "bath time" |
| 3 | | X | | | | | Photocopy of electronic posting from internet |
| 4 | | X | | | | | Photocopy of correspondence from undercover agent to Agent Saffer containing statements of the defendant |
| 5 | | X | | | | | Photocopy of correspondence - electronic e-mail from undercover agent to Agent Saffer containing statements of the defendant |
| 6 | | | X | | | | Photocopy of correspondence - electronic e-mail from undercover agent to Agent Saffer containing statements of the defendant - From Ted P. to Jeff Church |
| 7 | | X | | | | | Photocopy of correspondence - electronic e-mail with statement made by defendant dated 3/12/2002 |
| | 101 | X | | | | | Photocopy of correspondence - electronic e-mail from Mr. Church to undercover agent |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# LIST OF WITNESSES

Case No.    CR 03-430-KI                    Title: USA v. Jeffrey John Church

| Date | Time | Witness | Called By |
|------|------|---------|-----------|
| 11/15/04 | 10:18 AM | Allen Saffer - Direct | Ptf |
| | 10:55 | Cross | Def |
| | 11:03 | Redirect | Ptf |
| | 11:06 | Dr. Peter Colistro - Direct | Def |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Page _____ of _____