| | | |
|---|---|---|
| PROB 12B<br>(Rev. 09/03) | UNITED STATES DISTRICT COURT<br>for<br>DISTRICT OF OREGON | PETITION AND ORDER<br>FOR MODIFICATION OF<br>CONDITIONS OF<br>SUPERVISED RELEASE |

U.S.A. vs. JEFFREY JOHN CHURCH                                                     Docket No. CR 03-430-KI

### Petition on Probation and Supervised Release

COMES NOW JOHN SIEBENALER, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jeffrey John Church, who was placed on supervision by The Honorable Garr M. King sitting in the court at Portland, Oregon, on the 15th day of November, 2004, who fixed the period of supervision at 3- years,* and imposed the general terms and conditions theretofore adopted by the court.

*Term of supervised release commenced on January 27, 2006.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

The defendant's former wife has alleged defendant has opened at least three credit accounts in her name, by using her name, social security number, and other personal information without her consent and knowledge. The accounts were opened jointly in defendant's business and former wife's name. The accounts allegedly total more that $29,000. Defendant has not denied the allegations, but declined comment to avoid incriminating himself. The complaint is currently under investigation by the Portland Police Bureau. Pending the outcome of the police investigation, I am requesting defendant's term of supervised release be modified to include special conditions to monitor for financial risk. Defendant agreed to the proposed modifications, and waived a court appearance, as indicated by the attached waiver of hearing form. I believe the added special conditions will assist in monitoring defendant's finances to identify if defendant is operating his business without placing others at a financial risk.

**PRAYING THAT THE COURT WILL ORDER** upon consideration of factors set forth in 18 USC § 3553(a), that the defendant's conditions of supervised release be modified to include the following added special conditions. 1) The defendant shall disclose all assets and liabilities to the probation officer. Defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the probation officer; 2) The defendant shall not make application for any loan, enter into any credit arrangement, or enter into any residential or business lease agreement without approval of the probation officer; 3) The defendant shall authorize release to the U.S. Probation Officer any and all financial information by execution of a release of financial information form, or by any other appropriate means, as directed by the probation officer; 4) The defendant's employment shall be subject to approval by the probation officer.

| ORDER OF THE COURT | Respectfully, |
|---|---|
| Considered and ordered this 15 day of August, 2007, and ordered filed and made a part of the records in the above case. | |
| /s/ Garr M. King | /s/ John Siebenaler |
| The Honorable Garr M. King<br>U.S. District Judge | John Siebenaler<br>Senior U.S. Probation Officer |
| | Place: Portland, Oregon |
| | Date: August 9, 2007 |

Page 1 of 1