| | | |
|---|---|---|
| PROB 12C-OR<br>(07-07-05) | UNITED STATES DISTRICT COURT<br>for<br>DISTRICT OF OREGON | PETITION FOR WARRANT<br>AND<br>ORDER TO SHOW CAUSE |

U.S.A. vs. JEFFREY JOHN CHURCH                                     Docket No. CR 03-430-01-KI

FILED'07 OCT 24 15:21USDC-ORP

### Petition on Probation and Supervised Release

COMES NOW JOHN SIEBENALER, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jeffrey John Church, who was placed on supervision by The Honorable Garr M. King sitting in the court at Portland, Oregon, on the 15th day of November, 2004, who fixed the period of supervision at 3 years,* and imposed the general terms and conditions theretofore adopted by the court.

*Term of supervised release commenced on January 27, 2006.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Violation of Standard Condition No. 2**— **New law violation of Fraud.** According to the Portland Police Bureau, defendant's former wife, Kathy Peterson, reported defendant opened a Chase and an Advanta credit card account in her name. Defendant used Peterson's name, social security number, and other personal information to open two joint credit accounts for his business, without her consent and knowledge. The Chase account is in debt for approximately $20,000, and the other is in debt for approximately $5,000. On July 24, 2007, defendant sent Peterson an email stating "my brother has agreed to pay off the debt that I owe you in full, but he needs to know that you will drop the charges against me if he does so".

**Violation of Standard Condition No. 7**— **Failure to report to the probation officer as directed.** On October 17, 2007, a letter was mailed to defendant's last known residence, and an e-mail was sent to him on October 18, 2007, both instructing him to report to the probation office on October 22, 2007. Defendant failed to report or call to reschedule.

**Violation of Standard Condition No. 11**—**Failure to notify the probation officer with 72 hours of a change in residence.** On October 17, 2007, a letter was mailed to defendant's last known residence, and the letter was returned by the postal service as not deliverable and unable to forward. On October 22, 2007, I contacted defendant's property manager and was informed defendant had moved from his residence on or about October 5, 2007, and left a forwarding address that was false. Defendant has not informed me he has moved. His whereabouts are unknown.

**Violation of Special Condition No.1**—**Failure to participate in a sex offender treatment program.** Defendant failed to attend treatment sessions on October 11, and 18, 2007. Given his whereabouts are unknown, he is no longer making himself available for sex offender treatment.

**RECOMMENDED ACTION:** Based upon the above allegations, probable cause has been established that a violation of supervised release has been committed. It is recommended the Court order the issuance of a warrant and order to show cause why Church's term of supervised release should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 23, 2007.

Respectfully,

_/s/ John Siebenaler_
John Siebenaler
Senior U.S. Probation Officer
Portland, Oregon

_/s/_
Assistant U.S. Attorney

**ORDER OF THE COURT**

Considered and ordered this 24 day of October, 2007, and ordered filed and made a part of the records in the above case.

_/s/ Garr M. King_
The Honorable Garr M. King
U.S. District Judge

Page 1 of 1