CR 03-430-KI



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

FILED '08 APR 14 13:19 USDC-ORP

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

April 9, 2008

United States District Court
740 Mark O. Hatfield
United States Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2802

Re:   Transfer to U.S. Magistrate Judge

Case No. Your case no. CR03-430-01/ Our case no. 08-MJ-781

Case Title: USA v. Jeffrey John Church

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
    - ☐ Original bond to be forwarded by the Fiscal Section
    - ☒ Certified copy of final commitment
    - ☐ Original Passport
    - ☐ Original Declaration re: Passport
- ☒ Other  NFPV- document # 8- Financial Affidavit -Not for public view

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By M. WARREN
Deputy Clerk 213-894-8288

cc: *U.S. Attorney (Central District of California)*
*U.S. Attorney (Receiving district)*

Receipt of the above-described documents is acknowledged herewith and assigned case number:
  CR 03-430-KI  .

Clerk, U.S. District Court

4/14/08
Date

By [signature]
Deputy Clerk

CR-48 (01/01)                    LETTER RE: RULE 40 - TRANSFER OUT

Case 2:08-mj-00781-DUTY   Document 1   Filed 03/28/2008   Page 1 of 1

FILED

FILED '08 APR 14 13:19USDC-ORP

2008 MAR 28 AM 11:59

DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| US<br><br>v.<br><br>JEFFREY CHURCH | PLAINTIFF(S)<br><br><br>DEFENDANT(S). | CASE NUMBER<br>CR 08-0781M<br><br>AFFIDAVIT RE<br>OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: __US DISTRICT JUDGE GARR KING VIA PETITION__
in the _____ District of __OREGON__ on __10/24/07__
at __0400__ ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about __10/11/07__
in violation of Title __18__ U.S.C., Section(s) __3606__
to wit: __SUPERVISED RELEASE VIOLATION__

A warrant for defendant's arrest was issued by: __GARR M. KING__

Bond of $ __NO BOND__ was ☐ set / ☐ recommended.

Type of Bond: __N/A__

Relevant document(s) on hand (attach): __NONE__

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __3/28/08__, by

_____, Deputy Clerk.

Signature of Agent       Print Name of Agent: J. Davis

Agency: US MARSHALS SERVICE       Title: DUSM

CR-52 (05/98)       AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

Case 2:08-mj-00781-DUTY   Document 2   Filed 03/28/2008   Page 1 of 1

FILED

FILED '08 APR 14 13:19USDC-ORP

2008 MAR 28 AM 11:50

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF  v.  JEFFREY CHURCH ✓  DEFENDANT(S). | CASE NUMBER **08-0781M**  CR-03-430-KI  REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest  3/27/08   2200 HRS   ☐ AM / ☒ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   18 USC 3606 SUPERVISED RELEASE VIOLATION
3. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
4. U.S. Citizen: ☒ Yes   ☐ No   ☐ Unknown
5. Year of Birth: 1970
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): N/A
8. Date detainer placed on defendant: N/A
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A )
10. Name of Pretrial Services Officer: PRETRIAL DUTY
11. Remarks (if any): NONE

12. Date: 3/28/08
13. Signature: _____
14. Name: J. DAVIS
15. Title: USM

CR-64 (07/05)   REPORT COMMENCING CRIMINAL ACTION

US MARSHALS D-OREGON03 326 4171 TO 912138943817    P.02

Case 2:08-mj-00781-DUTY    Document 3    Filed 03/28/2008    Page 1 of 1

PROB 19
(Rev 5/92)

# UNITED STATES DISTRICT COURT

for

District of Oregon

2008 MAR 28 AM 11:53

FILED '08 APR 14 13:19 USDC-ORP

08-0781M

CLERK US DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

U.S.A. vs **JEFFREY JOHN CHURCH**    Docket No. ~~CR 03-430-01 KI~~

TO:¹ Any U.S. Marshal or any other authorized officer    BY _____

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

NAME OF PROBATIONER/SUPERVISED RELEASEE    SEX M    RACE W    AGE 37
Jeffrey John Church

ADDRESS (STREET, CITY, STATE)
(Last known)
411 SW 12th Avenue, #207
Portland, OR 97205

SENTENCE IMPOSED BY (NAME OF COURT)    DATE IMPOSED
U.S. District Court, Portland, Oregon    January 27, 2006

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
U.S. District Court, Portland, Oregon

**SHERYL S. McCONNELL**    M. Kenny    10/24/07
CLERK    (BY DEPUTY CLERK)    DATE

### RETURN

Warrant received and executed.    Date Received    Date Executed

EXECUTING AGENCY (NAME AND ADDRESS)

NAME    (BY)    DATE

Certified to be a true and correct copy of original
Dated 10/24/07
Sheryl S. McConnell, Clerk
By M. Kenny, Deputy

¹Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, Plaintiff, vs. Jeffrey Church Defendant. | Western Division<br>Case Number: 2:08-MJ-00781<br>Initial App. Date: 03/28/2008<br>Date Filed: 03/28/2008<br>Violation: 18:3606<br>CourtSmart: | FILED 08 APR 14 13:19 USDC-ORP<br>Out of District Affidavit<br>Initial App. Time: 2:00 PM |
|---|---|---|

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Alicia G. Rosenberg | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:** Marine Pogosyan — Deputy Clerk    Brian Klein — Assistant U.S. Attorney    None — Interpreter/Language

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
☑ preliminary hearing OR ☑ removal hearing / Rule 20.
☑ Defendant states true name ☐ is as charged ☑ is Jeffrey John Church
☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.
☑ Attorney: Michael Schafler, DFPD ☑ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
☐ Special appearance by: _____
☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order).
☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.

☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for
District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ PIA set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☑ Defendant executed Waiver of Rights. ☐ Process received.
☑ Court ORDERS defendant Held to Answer to _____ District of Oregon
    ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
    ☑ Warrant of removal and final commitment to issue.
    ☐ Warrant of removal and final commitment are ordered stayed until _____
☐ Case continued to (Date) _____ (Time) _____ AM / PM
    Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
    Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: _____
☐ Other: _____

☑ PSA    ☐ FINANCIAL    ☐ READY

Deputy Clerk Initials __MO__
: 10

M-5 (03/07)    CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE    Page 1 of 1

```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    BRIAN E. KLEIN (Cal. SBN: Pending)
 4  Assistant United States Attorney
    General Crimes Section
 5       1100 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California  90012
         Telephone: (213) 894-6920
 7       Facsimile: (213) 894-6269
         E-mail: brian.klein@usdoj.gov
 8
    Attorneys for Plaintiff
 9  United States of America

10
                   UNITED STATES DISTRICT COURT
11
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
    UNITED STATES OF AMERICA,    )   Case No. MJ 08-781 M
13                               )
              Plaintiff,         )
14                               )   GOVERNMENT'S NOTICE OF REQUEST
                                 )   FOR DETENTION
15         v.                    )
                                 )
16  Jeffrey John Church          )
                                 )
17            Defendant.         )
                                 )
18
19
20       Plaintiff, United States of America, by and through its
21  counsel of record, hereby requests detention of defendant and gives
22  notice of the following material factors:
23       ____ 1.  Temporary 10-day Detention Requested (§ 3142(d))
24            on the following grounds:
25            ____ a. present offense committed while defendant was on
26                  release pending (felony trial), (sentencing),
27                  (appeal), or on (probation) (parole); or
28
```

FILED
CLERK, U.S. DISTRICT COURT
MAR 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

1  ____  b. defendant is an alien not lawfully admitted for
2       permanent residence; and
3  ~~____  c. defendant may flee;~~ or
4  ____  d. pose a danger to another or the community.
5  ____ 2. **Pretrial Detention Requested (§ 3142(e)) because no**
6       **condition or combination of conditions will**
7       **reasonably assure**:
8  ____  a. the appearance of the defendant as required;
9  ____  b. safety of any other person and the community.
10  _X_ 3. **Detention Requested Pending Supervised**
11      **Release/Probation Revocation Hearing (Rules**
12      **32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a))**:
13  _X_  a. defendant cannot establish by clear and
14       convincing evidence that he/she will not pose a
15       danger to any other person or to the community;
16  _X_  b. defendant cannot establish by clear and
17       convincing evidence that he/she will not flee.
18  ____ 4. **Presumptions Applicable to Pretrial Detention (18**
19      **U.S.C. § 3142(e))**:
20  ____  a. Title 21 or Maritime Drug Law Enforcement Act
21       ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense
22       with 10-year or greater maximum penalty
23       (presumption of danger to community and flight
24       risk);
25  ____  b. offense under 18 U.S.C. §§ 924(c), 956(a), 2332b,
26       or 2332b(g)(5)(B) with 10-year or greater maximum
27       penalty (presumption of danger to community and
28

2

|    |    |                                                                                         |
|----|----|-----------------------------------------------------------------------------------------|
| 1  |    | flight risk);                                                                           |
| 2  |    | ____ c. offense involving a minor victim under 18 U.S.C.                                |
| 3  |    | §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245,                                            |
| 4  |    | 2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-                                            |
| 5  |    | 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425                                             |
| 6  |    | (presumption of danger to community and flight                                          |
| 7  |    | risk);                                                                                  |
| 8  |    | ____ d. defendant currently charged with an offense                                     |
| 9  |    | described in paragraph 5a - 5e below, AND                                               |
| 10 |    | defendant was previously convicted of an offense                                        |
| 11 |    | described in paragraph 5a - 5e below (whether                                           |
| 12 |    | Federal or State/local), AND that previous                                              |
| 13 |    | offense was committed while defendant was on                                            |
| 14 |    | release pending trial, AND the current offense                                          |
| 15 |    | was committed within five years of conviction or                                        |
| 16 |    | release from prison on the above-described                                              |
| 17 |    | previous conviction (presumption of danger to                                           |
| 18 |    | community).                                                                             |
| 19 | _X_ 5. | Government Is Entitled to Detention Hearing                                         |
| 20 |    | Under § 3142(f) If the Case Involves:                                                   |
| 21 |    | ____ a. a crime of violence (as defined in 18 U.S.C.                                    |
| 22 |    | § 3156(a)(4)) or Federal crime of terrorism (as                                         |
| 23 |    | defined in 18 U.S.C. § 2332b(g)(5)(B)) for which                                        |
| 24 |    | maximum sentence is 10 years' imprisonment or                                           |
| 25 |    | more;                                                                                   |
| 26 |    | ____ b. an offense for which maximum sentence is life                                   |
| 27 |    | imprisonment or death;                                                                  |
| 28 |    |                                                                                         |

|    |    |    |
|----|----|----|
| 1  | ____ | c. Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more; |
| 3  | ____ | d. any felony if defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses; |
| 9  | ____ | e. any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250; |
| 15 | X    | f. serious risk defendant will flee; |
| 16 | ____ | g. serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so). |
| 20 | ____ | 6. Government requests continuance of ____ days for detention hearing under § 3142(f) and based upon the following reason(s): |

//
//

4

1
2    \_\_\_\_    7.    Good cause for continuance in excess of three days
3                      ~~exists in that:~~
4    _____
5    _____
6    _____
7
8    DATED: 3/28/08                    Respectfully submitted,
9                                      THOMAS P. O'BRIEN
                                       United States Attorney
10
                                       CHRISTINE C. EWELL
11                                     Assistant United States Attorney
                                       Chief, Criminal Division
12
13                                     /s/ B. E. K.
                                       _____
14                                     BRIAN E. KLEIN
                                       Assistant United States Attorney
15
                                       Attorneys for Plaintiff
16                                     United States of America
17
18
...
28

FILED
CLERK, U.S. DISTRICT COURT

MAR 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                   DEPUTY

FILED'08 APR 14 13:20 USDC-ORE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MJ 08-00781 |
| Plaintiff, ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a) (6) |
| JEFFREY JOHN CHURCH ) | 18 U.S.C. § 3143 (a) Allegations of Violations of Probation/Supervised Release |
| Defendant. ) | Conditions) |

On arrest warrant issued by the United States District Court for the District of Oregon involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. (✓) the safety of any person or the community.

2. The Court concludes:

    A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the

1  community. Defendant poses a risk to the safety of other persons or the
2  community based on:
3  _nature of the offense._

8  B.  ( ✓) Defendant has failed to demonstrate by clear and convincing evidence
9  that he is not likely to flee if released. Defendant poses a flight risk based
10 on:
11 _nature of the offense_

17 IT IS ORDERED that defendant be detained.

20 DATED: March 28, 2008

_Alicia G. Rosenberg_
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

Case 2:08-mj-00781-DUTY    Document 7    Filed 03/28/2008    Page 1 of 1

FILED
CLERK, U.S. DISTRICT COURT
MAR 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
PLAINTIFF
v.

JEFFREY CHURCH
DEFENDANT.

CASE NUMBER:

08-781 M

**WAIVER OF RIGHTS**
**(OUT OF DISTRICT CASES)**

I understand that charges are pending in the _____ District of __Oregon__ alleging violation of __18 USC 3582__ and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:
  (1)  have an identity hearing to determine whether I am the person named in the charges;
  (2)  receive a copy of the charge(s) against me;

-Check one only-

☒ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
  (3)  have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
  (4)  request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☒ **PROBATION OR SUPERVISED RELEASE CASES:**
  (3)  have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☒  have an identity hearing
☒  receive a copy of the charges(s) against me
☐  have a preliminary examination
☐  have an identity hearing, and I have been informed that I have no right to a preliminary examination
☒  have an identity hearing, but I request that a preliminary examination be held in the prosecuting district

_____
Defendant

_____
Defense Counsel

Date: March 28, 2008

Alicia G. Rosenberg
United States Magistrate Judge

M-14 (03/03)    WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED '08 APR 14 13:20 USDC-ORP

# THIS DOCUMENT CONTAINS NON-PUBLIC INFORMATION PURSUANT TO THE E-GOVERNMENT ACT OF 2002 AND IS RESTRICTED FROM PUBLIC VIEWING

Name & Address

FILED
MAR 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED 08 APR 14 13:20 USDC-ORP

| United States of America | CASE NUMBER |
|---|---|
| | MJ 08-00781 |
| PLAINTIFF(S) | **FINAL COMMITMENT AND WARRANT OF REMOVAL** |
| v. | District of ____Oregon____ |
| JEFFREY CHURCH, | At ____Portland____ |
| DEFENDANT(S). | (City) |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
☐ filing of a complaint before a U.S. Magistrate Judge
☐ an indictment by a Grand Jury
☒ a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about October 11, 2007, in the District of Origin, the defendant in violation of Title 18, U.S.C., Section 3606 to wit: Supervised Release Violation.

The defendant has now:
☒ duly waived identity hearing before me on __March 28, 2008__.
☐ duly waived preliminary examination before me on _____.
☐ had a hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had a hearing before me on _____, and it appears that the defendant is the person named as charged, and:
  ☐ Bail has been set at $_____ but has not been posted.
  ☐ No bail has been set.
  ☒ Permanent detention has been ordered.
  ☐ Temporary detention has been ordered.

March 28, 2008                         _Alicia G. Rosenberg_
Date                                    United States Magistrate Judge

**RETURN**

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

Date                         Deputy

M-15 (08/99)                 **FINAL COMMITMENT AND WARRANT OF REMOVAL**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)**
**CRIMINAL DOCKET FOR CASE #: 2:08-mj-00781-DUTY All Defendants**
**Internal Use Only**

Case title: USA v. Church

Date Filed: 03/28/2008
Date Terminated: 03/28/2008

Assigned to: Duty Magistrate Judge

FILED '08 APR 14 13:21 USDC-ORP

**Defendant**

**Jeffrey John Church (1)**
*TERMINATED: 03/28/2008*

represented by **Michael V Schafler**
Federal Public Defender
321 East Second Street
Los Angeles, CA 90012-4202
213-894-2854
Email: michael_schafler@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

Defendant in violation of 18:3606

**Disposition**

Defendant ORDERED Held to Answer to the USDC, District of Oregon at Portland.

**Plaintiff**

USA

represented by **US Attorney's Office**
AUSA - Office of US Attorney
312 N Spring St, 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2008 | ● | (Court only) ***Defendant Jeffrey John Church ARRESTED (Rule 5(c)(3)) (mw) (Entered: 04/08/2008) |
| 03/28/2008 | ●1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Jeffrey John Church, originating in the District of Oregon. Defendant charged in violation of: 18:3606. Signed by agent J. Davis, USMS, DUSM. (mw) (Entered: 04/08/2008) |

| 03/28/2008 | ●2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Jeffrey John Church; defendants Year of Birth: 1970; date of arrest: 3/27/2008 (mw) (Entered: 04/08/2008) |
|---|---|---|
| 03/28/2008 | ●3 | Defendant Jeffrey John Church arrested on warrant issued by the USDC District of Oregon at Portland. (mw) (Entered: 04/08/2008) |
| 03/28/2008 | ●4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Alicia G. Rosenberg as to Defendant Jeffrey John Church Defendant arraigned and states true name is as charged. Attorney: Michael V Schafler for Jeffrey John Church, DFPD, present. Court orders defendant permanently detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to District of Oregon. Warrant of Removal and final commitment to issue. Court Smart: CS 3/28/08. (mw) (Entered: 04/08/2008) |
| 03/28/2008 | ●5 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Jeffrey John Church (mw) (Entered: 04/08/2008) |
| 03/28/2008 | ●6 | ORDER OF DETENTION by Magistrate Judge Alicia G. Rosenberg as to Defendant Jeffrey John Church, (mw) (Entered: 04/08/2008) |
| 03/28/2008 | ●7 | WAIVER OF RIGHTS approved by Magistrate Judge Alicia G. Rosenberg as to Defendant Jeffrey John Church. (mw) (Entered: 04/08/2008) |
| 03/28/2008 | ●8 | FINANCIAL AFFIDAVIT filed as to Defendant Jeffrey John Church. (mw) (Entered: 04/08/2008) |
| 03/28/2008 | ●9 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Alicia G. Rosenberg that Defendant Jeffrey John Church be removed to the District of Oregon (Attachments: # 1 Letter RE: Rule 5 (c)(3)- Transfer Out) (mw) (Entered: 04/08/2008) |


