Alison M. Clark
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:    503-326-2123
Fax:    503-326-5524
alison_clark@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 03-430-KI |
| **Plaintiff,** | NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT |
| vs. | |
| **JEFFREY JOHN CHURCH,** | |
| **Defendant.** | |

    Please be advised that Assistant Federal Public Defender Alison M. Clark appears for the Defendant on the above-captioned case.

    RESPECTFULLY SUBMITTED this April 23, 2008.

                            */s/ Alison M. Clark*
                            Alison M. Clark
                            Assistant Federal Public Defender