KARIN J. IMMERGUT, OSB #96314
United States Attorney
District of Oregon
**GREGORY R. NYHUS, OSB # 91384**
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
greg.r.nyhus@usdoj.gov
       Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CR 03-430-KI |
| v. | **ORDER EXCLUDING PERIOD OF DELAY PURSUANT TO** |
| **JEFFREY JOHN CHURCH,** | **18 U.S.C. §3161(h)(8)(A) and** |
| Defendant. | **CONTINUING SUPERVISED RELEASE VIOLATION HEARING DATE** |

      IT IS HEREBY ORDERED that hearing in the above case set for April 28, 2008, is stricken and the new supervised release violation hearing date is_____ 2008.

      I HEREBY FIND that additional time is required for the parties to prepare for this hearing..

      I FURTHER FIND that the ends of justice to be served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  Title 18, United States Code, Section 3161(h)(8)(A).

      DATED this ____ day of April 2008.

                                                                                                      _____
                                                                                  The Honorable Garr M. King
                                                                                  UNITED STATES DISTRICT JUDGE

Presented by:

KARIN J. IMMERGUT
United States Attorney

*s/ Gregory R. Nyhus*

GREGORY R. NYHUS, OSB #913841
Assistant United States Attorney