KARIN J. IMMERGUT, OSB #96314
United States Attorney
District of Oregon
**GREGORY R. NYHUS, OSB # 91384**
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
greg.r.nyhus@usdoj.gov
Attorneys for United States of America

FILED '08 APR 25 11:52 USDC-ORP

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 03-430-KI |
| v. | ORDER EXCLUDING PERIOD OF DELAY PURSUANT TO |
| JEFFREY JOHN CHURCH, | 18 U.S.C. §3161(h)(8)(A) and |
| Defendant. | CONTINUING SUPERVISED RELEASE VIOLATION HEARING DATE |

IT IS HEREBY ORDERED that hearing in the above case set for April 28, 2008, is stricken and the new supervised release violation hearing date is __5-19-08 @ 10:30__ 2008.

I HEREBY FIND that additional time is required for the parties to prepare for this hearing.

I FURTHER FIND that the ends of justice to be served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. Title 18, United States Code, Section 3161(h)(8)(A).

DATED this 24 day of April 2008.

_____
The Honorable Garr M. King
UNITED STATES DISTRICT JUDGE

Presented by:

KARIN J. IMMERGUT
United States Attorney

s/ Gregory R. Nyhus
_____
GREGORY R. NYHUS, OSB #913841
Assistant United States Attorney