Alison M. Clark
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:    503-326-2123
Fax:    503-326-5524
alison_clark@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 03-430-KI |
| **Plaintiff,** | **JOINT MOTION TO CONTINUE SUPERVISED RELEASE HEARING** |
| v. | |
| **JEFFREY JOHN CHURCH,** | |
| **Defendant.** | |

The parties, through counsel for Jeffrey Church, move this Court to continue the scheduled supervised release hearing date of May 13, 2008, to June 13, 2008, or a date thereafter convenient to the Court.  Assistant United States Attorney Greg Nyhus joins in this request.

Mr. Church has been charged with several supervised release violations including an allegation that he absconded to Thailand. It is the government's understanding that authorities in Thailand will seek to have defendant extradited to face the pending charges.

Due to the international and complicated nature of this matter, and remaining uncertainty regarding the collateral consequences of a supervised release disposition at this time, the parties request additional time for both the government and defense counsel to prepare appropriately for

court. In a conference between counsel on May 16, 2008, the parties realized that the status of Mr. Church's legal situation was unsettled by international and domestic authorities. Counsel for both the government and defense would request a continuance until a time no earlier than the week of June 16, 2008.

Although it refers to a speedy trial right rather than the right to a prompt disposition of a supervised release violation, the parties agree that the criteria permitting delay in Title 18, United States Code, Section 3161(h)(8)(A) are satisfied. A continuance is appropriate as the ends of justice served by taking such a delay and outweigh the interest of the public and the defendant in a speedy disposition. Mr. Church is detained at the Multnomah County Jail at Inverness. He has been advised of the need for the continuance and has authorized counsel to represent he has no objection to the continuance.

RESPECTFULLY SUBMITTED this May 16, 2008.

*/s/ Alison M. Clark*
Alison M. Clark
Attorney for Defendant